UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN D. JOHNSON,

    Petitioner,

v.

SUSAN SHOBE,

    Respondent.

Case No. 08-cv-304-JPG-PMF

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Kevin D. Johnson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for failure to exhaust state court remedies; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims in this petition against Alton Mental Health Center, People of the State of Illinois and Attorney General for the State of Illinois are dismissed with prejudice.

**DATED: June 22, 2009**　　　　　　　　**JUSTINE FLANAGAN, Acting Clerk**

　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**